# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM, ) | |
| ) | Case No. 3:15-cv-00566 |
| Plaintiff, ) | |
| ) | Judge Campbell |
| v. ) | |
| ) | Magistrate Judge Bryant |
| PALMER ADMINISTRATIVE SERVICES, INC., ) | |
| ET AL., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION TO STAY CASE

Defendants Palmer Administrative Services, Inc. ("PAS") and Michael Shaftel, by counsel, respectfully move this Court to stay this case pending the Supreme Court's decision in *Spokeo, Inc. v. Robbins*, 135 S. Ct. 1892 (2015) ("Motion"). The reasons and legal authority in support of this Motion are set forth in the accompanying Memorandum of Law.

WHEREFORE, Defendants respectfully request the Motion be GRANTED.

Respectfully submitted,

/s/ J. Cole Dowsley, Jr.
J. Cole Dowsley, Jr. (#24400)
Alex S. Fisher (#31391)
THOMPSON BURTON PLLC
One Franklin Park
6100 Tower Circle, Suite 200
Franklin, Tennessee 37067
(615) 465-6006
cole@thompsonburton.com
alex@thompsonburton.com

and

Karen A. Doner (admitted *pro hac vice*)
(Va. Bar No. 40999)
Roth Doner Jackson, PLC

8200 Greensboro Dr., Suite 820
McLean, VA 22102
(703) 485-3535 (office)
(703) 485-3525 (fax)
kdoner@rothdonerjackson.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing was electronically filed this 8th day of April, 2016 via the court's ECF system.  Notice of this filing will be sent to all parties and counsel of record indicated on the electronic filing receipt.  A true and correct copy of the foregoing has been served upon the following via U.S. mail, postage-paid, on this 8th day of April, 2016:

      Craig Cunningham
      5543 Edmondson Pike
      Suite 248
      Nashville, TN 37211

      *Pro Se* Plaintiff

      /s/ J. Cole Dowsley, Jr.
      J. Cole Dowsley, Jr.