IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM | ) |
| | ) |
| v. | ) NO. 3-15-0566 |
| | ) JUDGE CAMPBELL |
| PALMER ADMINISTRATIVE | ) |
| SERVICES, INC., et al. | ) |

ORDER

Pending before the Court is Defendants' Motion to Stay Case (Docket No. 56), to which no timely opposition has been filed. Defendants ask the Court to stay proceedings in this case pending a decision of the U.S. Supreme Court in *Spokeo, Inc. v. Robins*. Certiorari was granted in the *Spokeo* case on April 27, 2015. *See Spokeo, Inc. v. Robins*, 135 S.Ct. 1892 (2015).

In *Spokeo*, the Supreme Court has agreed to decide whether the mere deprivation of a statutory right is tantamount to injury-in-fact and therefore sufficient to establish Article III standing. In this case, Plaintiff alleges only the mere violation of the Telephone Consumer Protection Act ("TCPA") and no injury-in-fact. Accordingly, the *Spokeo* decision will directly impact Plaintiff's ability to bring this litigation in this Court.

For these reasons, Defendants' Motion to Stay (Docket No. 56) is GRANTED, and this case is stayed, pending further Order of the Court. Defendants shall promptly notify the Court when a decision is announced in the *Spokeo* case. The Clerk is directed to close this case administratively, pending further Order of the Court.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE